UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**THOMAS T. GRIMSDALE, III,**

    **Plaintiff,**

**v.**                                                 Case No.  8:08-cv-538-T-30EAJ

**DELHAIZE AMERICA, INC., et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (Dkt. #4). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 3, 2008.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-538.dismissal 4.wpd